UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | INDICTMENT |
| BRANDON J. CAMPBELL, | 18 U.S.C. § 2114(a) |
| Defendant. | |

*FILED RICHARD W. NAGEL CLERK OF COURT 2021 DEC 14 AM 11: 04 U.S. DISTRICT COURT SOUTHERN DIST. OHIO EAST. DIV. COLUMBUS*

2:21 CR 245 Judge Morrison

**THE GRAND JURY CHARGES:**

### COUNT 1
(Robbery of Mail, Money, or Other Property of the United States)

On or about September 8, 2021, in the Southern District of Ohio, the defendant, **BRANDON J. CAMPBELL**, did knowingly and intentionally rob Victim #1, a person having lawful charge, control, and custody of mail matter, money, and other property of the United States of his United States Postal Service Keys, and, in effecting such robbery, did put in jeopardy the life of Victim #1 by the use of a dangerous weapon, namely—a handgun.

**In violation of Title 18, United States Code, Section 2114(a).**

## COUNT 2
### (Robbery of Mail, Money, or Other Property of the United States)

On or about September 16, 2021, in the Southern District of Ohio, the defendant, **BRANDON J. CAMPBELL**, did knowingly and intentionally rob Victim #2, a person having lawful charge, control, and custody of mail matter, money, and other property of the United States of his United States Postal Service Keys, and in effecting such robbery, did put in jeopardy the life of Victim #2 by the use of a dangerous weapon, namely—a handgun.

**In violation of Title 18, United States Code, Section 2114(a).**

s/Foreperson
**Foreperson**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____
**NOAH R. LITTON (0090479)**
**Assistant United States Attorney**